(FSP)

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

June 7, 2013

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

U.S. District Judge - Designate
U.S. District Court
Martin Luther King Jr. Federal
Building and Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Hurt, Eric
Dkt. No. 06-00634-01
Notification of Supervision with Outstanding
Restitution Balance

Dear Judge Ackerman:

On May 22, 2007, the Honorable Harold A. Ackerman, Sr. USDJ, sentenced Eric Hurt to forty-one months imprisonment, three years supervised release, $268,168.86 in restitution and a $300 special assessment pursuant to a conviction for embezzlement, tax fraud, and wire fraud.

On July 7, 2010, Hurt commenced the period of supervised release in the District of New Jersey. Since February 8, 2011, he has been supervised in the Western District of North Carolina. The supervising U.S. probation officer advises that Hurt remains compliant; he resides with his brother, Jerome Hurt, at 1775 Forest Side Lane, Charlotte, North Carolina, and maintains employment as a shuttle bus driver where he earns $1,200 gross per month. Since securing employment, Hurt has made some payments toward restitution. While he is in arrears, he assures that he will submit a lump sum payment prior to the expiration of supervision on July 6, 2013.

Unless the Court considers otherwise, we recommend the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is notified of the expiration of Hurt's term of supervision. As always, we make ourselves available should the Court wish to discuss this matter. The undersigned can be reached at (973)357-4080.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Denise Morales*

By: Denise Morales
U.S. Probation Officer

/dm

# EXPIRATION OF SUPERVISION WITH OUTSTANDING RESTITUTION BALANCE

**U.S. v. Eric Hurt**
**Docket No.: 06-00634-01**

__X__  The Court approves of the expiration of supervision with an outstanding restitution balance.

_____  The Court does not approve of the offender's expiration from supervision with an outstanding restitution balance.

_____
Signature of Judicial Officer

6/27/2013
Date